B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____ District Of  South Carolina _____

In re Maxine Bradley_____,    Case No.  15-04093-jw_____

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Carrington Mortgage Services, LLC
(servicing rights only)_____
Name of Transferee

CitiMortgage, Inc._____
Name of Transferor

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Court Claim # (if known):  3-1
Amount of Claim: 46,931.68
Date Claim Filed:  September 25, 2015

Phone:  800-561-4567_____
Last Four Digits of Acct #:  9659_____

Phone:  (866) 613-5636_____
Last Four Digits of Acct. #:  1234_____

Name and Address where transferee payments should be sent (if different from above):
Carrington Mortgage Services, LLC
P.O. Box 3730
Anaheim, CA 92806

Phone:  800-561-4567_____
Last Four Digits of Acct #:  9659_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____[signature]_____    Date: January 7, 2016_____
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Ricardo Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 1/11/2016, I served the within Transfer of Claim Other Than for Security and Notice of Transfer of Claim Other Than for Security on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Maxine Bradley
68 William Cooper Drive
Kingstree, SC 29556
Debtor

William Joseph Barr, Esquire
108 North Academy Street
Kingstree, SC  29556
Attorney for Debtor

Pamela Simmons-Beasley
1813 Laurel Street
Columbia, SC 29201
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 1/11/2016 at Woodland Hills, California.

/s/Ricardo Soria

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of  South Carolina _____

In re  Maxine Bradley _____,    Case No.  15-04093-jw _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 3-1___ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor
 CitiMortgage, Inc.

Name of Transferee
 Carrington Mortgage Services, LLC
 (servicing rights only)

Address of Alleged Transferor:
 CitiMortgage, Inc.
 PO Box 6030
 Sioux Falls, SD 57117

Address of Transferee:
 Carrington Mortgage Services, LLC
 1600 South Douglass Road
 Anaheim, CA 92806

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                              _____
                                                            **CLERK OF THE COURT**